AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>RALPH REYES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>6:26-mj- 1654 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 8, 2023 _____ in the county of _____ Orange _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) & (b)(1) | Receipt of child pornography. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jennifer Wing, Task Force Officer
*Printed name and title*

Sworn to before me over the telephone or reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: ___6/4/26___

_____
*Judge's signature*

City and state: _____ Orlando, Florida _____

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                        CASE NO. 6:26-mj- 1654

COUNTY OF ORANGE

### AFFIDAVIT

I, Jennifer Wing, after being duly sworn, depose and state:

1.      I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since July 2021. Furthermore, I am a Detective with the Orlando Police Department and have approximately 11 years of law enforcement experience. I have two degrees in Criminal Justice, a Bachelor of Science and a Master of Science, with a certificate in Criminal Profiling. I am a graduate of the TECO Criminal Justice Academy, where I completed a 770-hour Law Enforcement Academy. I have completed advanced training in the following courses: Interviews and Interrogations, Sex Crimes Investigations, Advanced Human Trafficking Investigations, Crisis Response in Child Abuse/Victim Assault Cases, Advanced Interviewing, Universal Interviewing Tactics for Patrol Officers, Detecting Truthfulness, Forensic Interviewing, Internet Crimes Against Children (ICAC) Investigation of Cybertips, Offenders of Children and Child Sexual Abuse Imagery, Under Cover Chats and Techniques (40 hour course), BitTorrent Investigations (40 hour course), Emule Investigations (24 hour course), Analysis of Child Exploitation Material using Project VIC and Griffeye Analyze DI (16 hour course), ICAC Program Overview, and A Walk Through of ICAC Standards.

1

2.     In my capacity as an Orlando Police Officer, I have been involved in investigations related to drugs, thefts, economic crimes, burglaries, batteries, robberies, homicides, adult and child sex crimes, and child abuse investigations. I was a Property Detective, where I was assigned a large case load in the busiest sector of the city. I have written multiple arrest warrants and search warrants pertaining to property related crimes. In 2020, I was assigned to the Special Victims Unit, where I investigated or assisted in investigating Sexual Battery, Lewd or Lascivious Battery and Molestation, Kidnapping, Homicide, and Child Abuse cases.

3.     I am a current member of the Internet Crimes Against Children Central Florida Task Force (ICAC) where I have investigated more than 1600 sexually related or internet-based crimes. I have written multiple arrest and search warrants pertaining to sexually related or internet-based crimes. These search warrants have yielded lawful arrests and investigations. As a member of the ICAC Task Force, I have had the opportunity to consult with numerous experts at the local, state, and national levels in the area of child pornography, internet child solicitation, and computer forensics. On a daily basis, members of the ICAC task force work as a team and share their expertise on various topics.

4.     I have been dually sworn as a Special Deputy United States Marshal and assigned to the Violent Crimes Against Children (VCAC) FBI Task Force since 2021. I have participated in investigations involving sex crimes, child exploitation, child pornography, human trafficking, and computer crimes, among other things. I have also investigated and assisted in the investigations of possession, receipt,

2

distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

5.      This affidavit is submitted in support of a criminal complaint against RALPH REYES (REYES) for a violation of § 2252A(a)(2). As set forth in more detail below, I believe there is probable cause that REYES, using facilities and means of interstate commerce, that is, the Internet and a cell phone, did knowingly receive child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

6.      I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and motion to compel, I have not set forth each and every fact learned during the course of this investigation.

7.      Title 18, United States Code, Section § 2252A(a)(2) prohibits a person from using any facility or means of interstate or foreign commerce to knowingly receive child pornography.

3

## DETAILS OF THE INVESTIGATION

8.     On August 23, 2024, Detective Thomas King of California Highway Patrol (CHP) met with a 12-year-old child victim (CV) at the California School for the Deaf (CSD). A forensic interview of CV revealed that she began communicating with an unknown subject on Instagram who asked her to produce images of her vagina, breasts and buttocks.

9.     The CV provided the following information to CHP: CV was communicating with an unknown Instagram user that had an account name similar to @gizelleslutty and an account picture of a young unknown female. She said the @gizelleslutty user portrayed themselves as an "older boy" and was asking her for nude pictures. CV said she took a picture of her breasts while in her room at home and sent them to the @gizelleslutty user. CV said the @gizelleslutty user then posted the picture she sent on their story.

10.     On or about October 3, 2024, CV's mother provided CV's cell phone to CHP for a forensic review. On October 7, 2024, a search warrant for CV's Apple iPhone was obtained and signed by a California state judge. On October 14, 2024, while reviewing the contents of CV's cell phone extraction, CV's Instagram account was identified. On October 16, 2024, a state search warrant for the CV's Instagram was obtained and signed by a state judge. On October 29, 2024, Instagram account records were provided by Meta Inc. After reviewing the files, Detective King discovered a conversation within the "Reported Conversations" section of the

4

Instagram records. The conversation is from July 7, 2024, at approximately 1:10 p.m., between CV and an unknown person.

11.     Upon further review of CV's Instagram records, Detective King located a large group message that CV's Instagram account was added to on July 12, 2024. The Instagram account identifier 63930976991 added CV's account to a group message with approximately 200 other users. In the group chat, Detective King found that several accounts were discussing various pornographic videos and sharing pornographic videos within the group chat. Several Instagram account users in the group chat sent and/or requested pornographic videos either depicting children or adults engaging in sexual intercourse. Users of several accounts also discussed viewing, searching for, and sharing pornographic videos within the group chat or other unknown group chats on "Instagram". Within the group chat, various accounts were continuously added, removed, or left. Various accounts would regularly request new pornographic videos to be sent or discussed the content of the videos in the group chat. Several accounts discussed how they preferred the videos with kids in them rather than adults. The Instagram account identifier 66291239882 explained how they were able to get videos with kids in another group chat but did not know how else to obtain the videos.

12.     On or about November 5, 2024, a search warrant was obtained and signed by a state judge for a number of the Instagram accounts in the group chat. On November 22, 2024, Meta Inc provided a response with the contents of the accounts. After reviewing the data, two of the Instagram user accounts, 66291239882 and

5

67042286430, were identified as distributing multiple videos of CSAM within the chat group.

13. A review of the Instagram account identifier 66291239882 revealed approximately 713 videos and pictures, depicting pornographic content. Several of the videos contained CSAM.

14. One of the videos distributed by Instagram account identifier 66291239882 in the group chat was on June 14, 2024. The video was titled "linked_media/unified_message_307602645753585.mp4" and contains an approximate 51 second video depicting an adult female wearing a tan colored bra, green hat, and her vagina exposed. The adult female is engaged in sexual intercourse with a pre-pubescent child. The child does not appear to have any pubic hair development.

15. A second video distributed by Instagram account identifier 66291239882 in the group chat was also on June 14, 2024. The approximate 14 second video was titled "video-6db020ae-6fce-4ddd-b913-3531892bccb5-1718408156.mp4" and contains an approximate 5–7-year-old prepubescent child sitting on the carpet while an adult male is forcing his erect penis into her mouth.

16. Instagram account identifier 66291239882 distributed multiple images/videos containing CSAM in the group chat. On June 14, 2024, the account received media titled "video-4f6e133e-56c4-466f-9418-8fd3946ae1c6-1718398253.mp4" with a duration of approximately 17 seconds, depicting an infant being anally penetrated by an adult male penis.

6

17.    Additionally, a second video was received by Instagram account identifier 66291239882 on July 10, 2024, titled "link_media/unified_message_1015582016578251.mp4" and contains an approximate 24 second video, depicting a pre-pubescent female approximately 7 to 8 years old being anally penetrated by an adult male's penis.

18.    A review of the Instagram account identifier 67042286430 showed the distribution of CSAM within the group chat. One video, titled "linked_media/ncmec_reports_27833667332890730.mp4", was distributed to the group chat by this user on September 27, 2024. The video was approximately 17 seconds in length. This video appears to be a visual match to the video received by Instagram account identifier 66291239882 on June 14, 2024.

19.    In sum, Instagram user accounts 66291239882 and 67042286430 were both distributing CSAM and receiving CSAM within the group chat on Instagram.

20.    A review of the IP addresses associated with the Instagram account identifiers 66291239882 and 67042286430 indicated that nearly every IP address used was a Virtual Private Network (VPN)2 hosted by Gthost.com. There were four IP addresses which were not masked by a VPN (See below). I know based on my training and experience that this occurs because VPNs fail and reveal the user's real IP address.

| Account | IP Address | Time (UTC) | Lat | Log | Provider |
|---|---|---|---|---|---|
| 66291239882 | 174.212.39.141 | 2024-07-10 13:53:31 Media Reduced Vis. | 28.4627 | -81.3954 | Verizon Wireless |
| | 2600:1006:b16c:44ef:1856:9035:892a:3c16 | 2024-04-27 21:19:15 Account Registration | 29.1254 | -82.0076 | Verizon Wireless |
| 67042286430 | 2600:1006:b180:3149:fc88:a384:13db:4a22 | 2024-07-30 19:01:58 Login | 29.6516 | -82.325 | Verizon Business |
| | 2603:9001:6300:58c5:d19d:5fb8:ce99:8880 | 2024-07-05 17:46:52 Logout | 28.5383 | -81.3792 | Charter |

21. On March 6, 2025, a state search warrant was obtained for Verizon and Charter Communications for all information relating to the IP addresses, 174.212.39.141, 2600:1006:b16c:44ef:1856:9035:892a:3c16, and 2600:1006:b180:3149:fc88:a384:13db:4a22. On March 8, 2025, Verizon provided a response, and the subscriber was identified as:

**Name:** F.C.
**Phone:** 407-xxx-xx29
**Device Model:** iPhone 13 128 Blue
**IMEI:** 352991737300495
**Address:** XXXX Tivoli Gardens Boulevard, Orlando FL 32829
**Additional authorized person:** Ralph Reyes
**Email:** ralph0193@gmail.com

22. On March 12, 2025, Charter Communications provided a response for IP address 2603:9001:6300:58c5:d19d:5fb8:ce99:8880. The subscriber was identified as:

**Name:** Ralph Reyes
**Address:** XXXX Tivoli Gardens Blvd, Orlando, Florida, 32829
**Email addresses:** BOOG1EMAN@SPECTRUM.NET, RALPH0193@GMAIL.COM, RREYES017@CFL.RR.COM, and R0193@YAHOO.COM

8

23.    A further review of Instagram account 66291239882 revealed several videos that appeared to be Instagram Live recordings, all of which appear to take place in the same residence with the same adult male standing, exposing his penis and masturbating in front of a television. The male appeared to be selecting and playing pornographic content while using a gaming console controller. Instagram Live is a feature that allows users to stream live videos directly to their followers in real-time. Below are the Instagram Live video file names:

**Instagram Account 66291239882**
videos_3386660573818566795.mp4 videos_3408828268759073767.mp4
videos_3399034101540603752.mp4 videos_3408875315134566412.mp4
videos_3402981058566037090.mp4 videos_3408883259137905880.mp4
videos_3403313769341051160.mp4 videos_3409126788959490748.mp4
videos_3408782208590387148.mp4 videos_3410081829422487123.mp4
videos_3408787751027399127.mp4 unified_message_443865475172008.mp4
videos_3408801925937977196.mp4 unified_message_453635100885486.mp4
videos_3408805334984370270.mp4 unified_message_824389522544695.mp4
videos_3408814305912668957.mp4 unified_message_1009729210536013.mp4
videos_3408820422474670604.mp4 unified_message_1044229307220266.mp4
unified_message_1395563867773996.mp4

24.    In the video titled: "videos_3408883259137905880.mp4", this male momentarily shows his face at timestamp 01:53 (See Below).



25. On December 18, 2025, a Florida Driver and Vehicle Information Database (DAVID) inquiry revealed the following results: Ralph Reyes, date of birth (DOB): XX/XX/1977, Social Security Number (SSN): XXX-XX-7919, Address: XXXX Tivoli Gardens Blvd, Orlando, Florida, 32829.

26. A review of REYES's Facebook profile picture showed that it resembled the male from the above-mentioned videos. The picture from REYES's Facebook page is seen below:



27. On April 2, 2025, a state search warrant for Gmail account "RALPH0193@gmail.com" was obtained and signed by a state judge. On April 3, 2025, Google provided a response, and several photographs and videos of REYES were located, establishing his control of the Google account. An investigator also located in the search warrant returns several photographs and videos of REYES performing voyeurism acts in front of a camera, similar to the voyeurism performances from the Instagram Live videos in the group chats. Also in the Gmail return, the subscriber was identified as:

**Name:** Ralph Reyes
**Email:** RALPH0193@gmail.com
**Recovery Email:** r0193@yahoo.com

28.    On or about December 3, 2025, California Highway Patrol (CHP) contacted the FBI in Orlando due to REYES residing in Orlando, Florida. From December 2025 through February 2026, FBI agents reviewed multiple search warrant returns from Instagram and other documents provided by CHP, leading to the signing of a residential search warrant for REYES's residence on February 18, 2026 by United States Magistrate Judge Leslie Hoffman Price (Case No. 6:26-mj-1233).

## SEARCH WARRANT EXECUTION BY FBI

29.    On February 19, 2026, FBI Agents executed the search warrant at REYES's home located at xxxx Tivoli Gardens Blvd, Orlando, FL 32829. During the search of the premises, a digital forensic examiner of the FBI Computer Analysis and Response Team (CART) reported that a cellular phone in the residence, located on top of the kitchen refrigerator, had a factory reset conducted prior to FBI agents making entry into the residence. A digital forensic extraction was conducted on this cellular phone found on top of the refrigerator, which yielded that a Factory Reset (obliterated time) was conducted on 2026-2-19 at 11:47:26 UTC (6:47 AM Eastern Standard Time). The Body Worn Camera footage of this law enforcement operation time stamps agents approaching REYES's residence on 2026-02-19 at approximately 11:34 UTC, and REYES exiting the residence at approximately 11:47 UTC. REYES thus exited the residence just after the cell phone was factory reset.

11

30. On February 19, 2026, during a voluntary FBI interview, REYES admitted to factory resetting his cell phone and claimed that he had factory reset his phone while police were outside because he was replacing his phone in a few days. REYES admitted to having an Instagram account approximately two years prior and admitted that he was involved in group chats on WhatsApp and phone messaging, where media was sent of people doing drugs, engaging in violence, and in one video depicting child pornography. REYES claimed that even if he received child pornography a long time ago, it is not something that he was doing now or interested in. REYES expressed that people who watch videos of children being sexually assaulted "out of curiosity" are not to blame, however, "people getting off on it" and "enjoying it" is a problem. REYES stated that he never asked for anyone to send child pornography. He claimed that when someone sent a video, he would open the child pornography, then ignore it or just leave the chat. REYES never reported child pornography that was sent to him.

31. On that same date, during a voluntary FBI interview with REYES's wife, she confirmed that REYES's cell phone number was 407-415-1129 and that his Gmail account was Ralph0193@gmail.com. She further stated that they have both lived at this address for approximately 11 years together. She was then shown a video titled "videos_34088832591137905880", depicting a man's face, matching the physical description of REYES, who was masturbating in a house that matched the interior of his residence. This video was pulled from the Search Warrant return of Instagram

12

account #66291239882. REYES's wife confirmed that the video is of REYES in their living room in Orlando, Florida.

32.    Pictures were taken of the living room and master bathroom during the residential search warrant, which match Instagram live video and other videos of an adult Hispanic male believed to be REYES masturbating in the living room and bathroom at the residence. These videos were located in the Instagram search warrant return in user account 66291239882. Some of the videos showed the same décor in the living room and bathroom of REYES's residence on February 19, 2026.

33.    On March 15, 2026, Apple Inc. responded to an administrative subpoena, which confirmed that email addresses "ralph0193@gmail.com" and "r0193@yahoo.com" were both usernames and validated primary email addresses for Apple iCloud accounts belonging to REYES. (See below). Both of these iCloud accounts are associated with REYES's mobile phone number ending in 1129.

| # | User Account | Entries | Addresses |
|---|---|---|---|
| 1 | **Creation time**<br>**Username:** r0193@yahoo.com<br><br>**Account Name:** R R<br><br>**Service Type:** Full iCloud<br><br>**Source:** Apple iCloud Backup | **Email:**<br>Email: primary Verified<br>r0193@yahoo.com<br>Email: rescue Verification email<br>sent ralph0193@yahoo.com<br>**Phone:**<br>Day Phone 1-4074151129<br>**User ID:**<br>DS ID 1460337477<br>Game Center Nickname<br>FancyRalph | 5946 Tivoli Gardens<br>Blvd., 0, Orlando,<br>Florida, 32829-7704,<br>United States |
| 2 | **Creation time**<br>**Username:**<br>ralph0193@gmail.com<br><br>**Account Name:** Ralph R<br><br>**Service Type:** Full iCloud<br>(iCloud+)<br><br>**Source:** Apple iCloud Backup | **Email:**<br>Email: primary Verified<br>ralph0193@gmail.com<br>**Phone:**<br>FaceTime/iMessage Phone<br>+14074151129<br>Day Phone 1-4074151129<br>**User ID:**<br>DS ID 17345329337<br>Game Center Nickname<br>Player_0864565026 | 5946 Tivoli Gardens<br>Blvd., 0, Orlando,<br>Florida, 32829-7704,<br>United States |

34.    On March 27, 2026, Special Agent Christine Infantolino obtained a search warrant for REYES's Apple iCloud Accounts, "ralph0193@gmail.com" and "r0193@yahoo.com" (Case No. 6:26-mj-1367 and 1368) which were signed by United States Magistrate Judge Nathan Hill.

35.    On April 7, 2026, the signed search warrant was served to Apple via their law enforcement Portal.

36.    On or about April 10, 2026, Apple provided a response to the search warrants for "ralph0193@gmail.com" and "r0193@yahoo.com". A review of the contents of REYES's Apple iCloud accounts revealed that the phone number associated with the Apple iCloud account was 407-415-1129, email address: "raplh0193@gmail.com", and address: XXXX Tivoli Gardens Boulevard, Orlando, Florida. Multiple iOS screen recordings were located in REYES Apple iCloud showing children between the ages of 6 and 12 years old, masturbating, inserting phallic devices into their anuses and vaginas, and exposing their genitals.

37.    Approximately 6 iOS screen recordings were located on REYES Apple iCloud on September 16, 2023, showing the same 8–10-year-old pre-pubescent female with blonde hair. One screen recording, approximately 1 minute in length, shows an Instagram chat group "*fire emoji* gang for 3rd to...". The video file name and modified date are listed below:

File name: RPReplay_Final16949901483.mp4

Modified date: 9/16/2023 05:58:02 PM (UTC-4)

14

38.     As the screen recording starts, the user in control of the device doing the screen recording selects a video from "cece", which appears to be a video of an approximate 8-10-year-old pre-pubescent female sitting on a toilet completely naked. The child is touching her vagina and spreading her vaginal area open with her hands. The name of the group appears more at the top of the screen showing "*fire emoji* gang for 3rd to 7th school". The user screen recording replies with two laughing cry emojis. Approximately 34 seconds into the video, the child puts a clear liquid on her breast area and rubs the liquid in until the end of the video.

39.     In another screen recording located in REYES's Apple iCloud account, approximately one minute in length, the same child is sitting on a toilet and utilizing a purple phallic device on her vaginal area. Approximately 30 seconds into the video, the child attempts to insert the phallic device into her vaginal opening while sitting on the toilet. The child then squats down towards the camera on the floor and uses her hand/fingers to spread open her vaginal area. The file name and modified date are listed below:

File name: RPReplay_Final1691901342.mp4

Modified date: 9/16/2023 05:55:42 PM (UTC-4)

40.     In another screen recording located in REYES Apple iCloud account, the same child sends a CSAM video in the group chat "*fire emoji* gang for 3rd to...". This video contains the child masturbating with a purple phallic device and attempting to insert the phallic device into her anus. REYES replies to the video and says, "Try the puss", "does dat feel good?" and "I wish I had one *crying emoji*". The screen

15

recording shows the opening of another video, of the same child, attempting to insert the purple phallic device into her vaginal opening. This video is sent to the group chat after REYES requests that the child "try the puss". REYES then receives a video of CSAM from the child after asking the child to insert the phallic device into her vagina. The file name and modified date are listed below:

File name: RPReplay_Final1694901270.mp4

Modified date: 9/16/2023 05:54:30 PM (UTC-4)

41. The female child was later identified as 12-year-old living in San Diego, California ("CV2"). During a Child Adolescent Forensic Interview (CAFI), CV2 identified herself in sanitized images as 9 years old at the time that the video was recorded and described an unknown person who asked her for CSAM videos of herself on Instagram. The screen recordings are from 2023, which would make CV2 approximately 9 years old at the time they were made.

42. A screen recording of an Instagram Live video was located on REYES's Apple iCloud account. The screen recording is approximately one minute long and contains an adult male and an approximate 10–12-year-old pre-pubescent female wearing red underwear and red stockings. The child is naked from the waist up, exposing her breast area. The adult male stands with his erect penis out in front of the child's face while she is sitting in a chair. The child turns around in the chair and kneels on it, while the adult male inserts his erect penis into the vaginal area of the child. The adult male engages in penile/vaginal sexual intercourse with the child and the adult male touches the child's vaginal area with his hand at the same time. Approximately

16

53 seconds into the screen recording, a group chat on Instagram titled "3grade to 6th party *heart emoji with star*" appears in view. REYES received this Instagram live video from Instagram via Interstate Commerce (Internet). The file name and modified date are listed below:

File name: RPReplay_Final1694226819.mp4

Modified date: 9/8/2023 10:33:38 PM (UTC-4)[1]

43.     Instagram Live is a real time video streaming feature on Instagram that allows users to broadcast live to their followers, interact instantly, and share content as it happens. Unlike pre-recorded content such as Reels or Stories, Live Videos are unscripted and interactive, allowing viewers to comment, ask questions, and react while the broadcast is ongoing.

44.     Since REYES was screen recording his device while browsing Instagram, opening an Instagram live of CSAM, this required connection of the internet (interstate commerce). The modified date is 9/8/2023 on 10:33:38 PM (UTC-4). Due to REYES screen recording the Instagram Live video with an Apple device, the screen recording located in REYES's Apple iCloud return showed that this recording took place at the exact date and time of 9/8/2023 on 10:33:38 PM (UTC-4). Instagram requires access to the internet to utilize, therefore, REYES received child pornography on or about September 8, 2023.

---

[1] REYES banking records show that he was in the Middle District of Florida on this date.

45.    Another screen recording located on REYES's Apple iCloud showed a 59 second video containing an Instagram live screen recording showing at the top, an adult male masturbating, believed to be REYES and at the bottom, an approximate 6–8-year-old pre-pubescent female with her pants around her knees exposing her vagina in a bathroom. The child squats down exposing her vaginal area for the recording device on the floor. Approximately 45 seconds into the screen recording, the live video ends and shows Instagram users and multiple messages from individual and group chats on Instagram. REYES is masturbating live on Instagram with an unknown child (unable to see her face), who is seen mimicking what REYES is doing while naked. The file name and modified date are listed below:

File name: RPReplay_Final1681004730.mp4

Modified date: 4/8/2023 09:45:30 PM (UTC-4)

46.    Additionally, a 35-second video containing an approximate 5–7-year-old pre-pubescent female wearing a green tank top and no pants is seen in REYES's Apple iCloud. The child is dancing, exposing her vagina. Across the screen shows the Instagram user "alainawillis101715". Identification of this child is forthcoming.

47.    A review of multiple screen recordings located in REYES's Apple iCloud account showed the file name nomenclature as "RPReplay_Final" and a set of numbers which coincided with the exact date and time in EPOCH time stamp format. This naming convention is for an iOS screen recording. When an iPhone user screen records something on their device, it is saved in this same naming convention.

18

48.     On May 13, 2026, Special Agent Alexis Brignoni and Task Force Officer Jennifer Wing conducted a test of an Apple iPhone screen recording application. The screen recording file name nomenclature showed "RPReplay_Final" and a set of numbers which coincided with the exact date and time in EPOCH time stamp format. The purpose of the test screen recording was to show that the screen recordings were captured by an Apple Device in possession of REYES at the date and time of the screen recording. An approximate 10-second screen recording was captured of the screen and applications seen on the device and the file name nomenclature showed "RPReplay_Final1778697105". The date and time were captured as May 13, 2026 at 2:31PM. See screen capture below:



49.     The numbers in the nomenclature of the file name were seen in EPOCH time stamp format and converted into a human readable time stamp format utilizing an Epoch Converter. It converted into the same date and time seen in the screen capture above.

50.    Epoch time (Unix time) is a system for describing a point in time as the total number of seconds that have elapsed since 00:00:00 UTC on January 1, 1970 (minus leap seconds). It is represented as a single integer (e.g., 1715647200) or a float for higher precision, widely used in computing for simplified time calculation and storage.

51.    Other screen recordings were located in REYES Apple iCloud showing the same adult Hispanic male masturbating and/or ejaculating live on Instagram. The male in the screen recordings was identified as REYES by his wife. The nomenclature of the file names were the same as the screen recordings containing the videos of CSAM of multiple children masturbating and of REYES masturbating.

52.    Multiple group chat names from Instagram were located in REYES's Apple iCloud relating to children. Some groups have multiple children communicating in a group chat, sending messages and videos of CSAM. Others are screen captures of the group profile page. In some of the group chats on Instagram, videos of CSAM were sent in the some of the groups. Some of the group's names are listed below:

-Kids GC for 3rd to 6 grade *emoji*

-3rd to 6 grade party ( send more videos)

-3rd4th5th6th we lit

-Elementary&Middle *house emoji*

-Vidz**2nd to 8th grades on…

-3rd to 6th grade only mute the group

20

-Bad kids gc

-Gc for 2-7 grades

-Join if ur 2th or 6th grades

-The girls group

53.    After the execution residential search warrant on February 19, 2026, REYES obtained a new cell phone and synced his Apple iCloud to his new device on or about February 20, 2026. Therefore, the Apple iCloud warrant returns obtained in April 2026 contain communications that REYES engaged in after the search warrant was executed at his residence, one time sign in codes for multiple applications, and images uploaded to the Apple iCloud account.

54.    A picture of the federal search warrant left on February 19, 2026, at REYES's residence was located in the Apple iCloud return, along with the videos of REYES masturbating and videos of CSAM of multiple young children. The cell phone REYES had on February 19, 2026, was seized by the FBI, along with multiple other electronic devices from the residence. After the search warrant, REYES obtained another cell phone, synced his Apple iCloud and took a picture of the search warrant. A picture of the search warrant was taken on February 20, 2026, at 12:16:38 PM (UTC-5). This is the day after the execution of the residential search warrant at REYES's residence.

55.    On May 1, 2026, at approximately 12:00 p.m., Task Force Officer Jennifer Wing received a phone call from 407-415-1129, and the person calling identified himself as REYES. This is the same phone number provided by Reyes's wife

21

as belonging to REYES. It is also the phone number attached to the Apple iCloud account belonging to REYES, which contained videos of REYES masturbating and videos of CSAM of multiple young children.

## CONCLUSION

55.    Screen recordings were captured by an Apple iOS device utilized by REYES at the time the CSAM videos were captured and synced with his Apple iCloud associated with the known phone number of REYES. The screen recordings are accurate down to the second when converted from EPOCH time to a human readable time, further indicating that the videos were captured by that electronic device in possession of REYES at the time the videos synced to his Apple iCloud account "ralph0193@gmail.com".

22

56.    I believe there is probable cause that on September 8, 2023, REYES, using facilities or means of interstate commerce, that is, the Internet and a cell phone, did knowingly receive child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

Jennifer Wing, Task Force Officer
Federal Bureau of Investigation

Affidavit submitted by email and
attested to me as true and accurate
by video conference consistent with
Fed.R.Crim. P. 41(d)(3) this ___4th___
day of June, 2026.

HON. LESLIE HOFFMAN PRICE
United States Magistrate Judge

23